# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT THOROGOOD, | : | |
| *Plaintiff*, | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| NANCY A. BERRYHILL, Acting Commissioner of the | : | 17-4658 |
| Social Security Administration, | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 3rd day of January, 2019, upon consideration of Plaintiff Robert Thorogood's Memorandum in Support of Request for Review (Doc. No. 14), Defendant Nancy Berryhill's Response (Doc. No. 16), and the administrative record, and after careful consideration of Magistrate Judge Marilyn Heffley's Report and Recommendation (Doc. No. 17), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 17) is **APPROVED and ADOPTED**;[1]

2. Plaintiff's Request for Review (Doc. No. 14) is **DENIED**; and

3. **The Clerk of Court shall mark this case CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule of Civil Procedure 72.1(IV)(b), Mr. Thorogood had 14 days to object to the Report and Recommendation. The Report and Recommendation was issued on November 29, 2018, and Mr. Thorogood has not objected to it.